```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 63901
   ERIC L PAYTON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6922

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 12/12/2005 and was confirmed 03/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/16/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                             PAID         PAID
-----------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI  CURRENT MORTG    24516.86         .00        24516.86
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE     6723.99         .00         6723.99
CODILIS & ASSOCIATES ^    NOTICE ONLY    NOT FILED          .00             .00
TLF NATIONAL BANK         UNSEC W/INTER    1170.94       136.09         1170.94
TFC BANKING & SERVICE     NOTICE ONLY    NOT FILED          .00             .00
CAPITAL ONE               UNSEC W/INTER    1240.93       144.19         1240.93
ARROW FINANCIAL SERVICES  UNSEC W/INTER     400.34        46.61          400.34
RESURGENT CAPITAL SERVIC  UNSEC W/INTER    3151.80       366.47         3151.80
M & I MARSHALL & IISLEY   SECURED NOT I   21089.36          .00             .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER    2468.59       286.93         2468.59
PROVIDIAN NATIONAL BANK   UNSEC W/INTER  NOT FILED          .00             .00
TIMOTHY K LIOU            DEBTOR ATTY      2,009.20                     2,009.20
TOM VAUGHN                TRUSTEE                                       2,480.98
DEBTOR REFUND             REFUND                                       17,199.73

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              62,343.65

PRIORITY                                        .00
SECURED                                   31,240.85
UNSECURED                                  8,432.60
    INTEREST                                 980.29
ADMINISTRATIVE                             2,009.20
TRUSTEE COMPENSATION                       2,480.98
DEBTOR REFUND                             17,199.73
                    --------------       --------------
TOTALS               62,343.65            62,343.65
```

             PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 63901 ERIC L PAYTON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 10/25/07                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```