```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 63901
   ERIC L PAYTON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6922

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/12/2005 and was confirmed 03/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/26/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI  CURRENT MORTG    22445.62           .00        22445.62
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE     6723.99           .00         6723.99
CODILIS & ASSOCIATES ^    NOTICE ONLY    NOT FILED            .00             .00
TLF NATIONAL BANK         UNSEC W/INTER     1170.94        136.09         1170.94
TFC BANKING & SERVICE     NOTICE ONLY    NOT FILED            .00             .00
CAPITAL ONE               UNSEC W/INTER     1240.93        144.19         1240.93
ARROW FINANCIAL SERVICES  UNSEC W/INTER      400.34         46.61          400.34
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     3151.80        366.47         3151.80
M & I MARSHALL & IISLEY   SECURED NOT I    21089.36           .00             .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     2468.59        286.93         2468.59
PROVIDIAN NATIONAL BANK   UNSEC W/INTER  NOT FILED            .00             .00
TIMOTHY K LIOU            DEBTOR ATTY       2,009.20                     2,009.20
TOM VAUGHN                TRUSTEE                                        2,339.35
DEBTOR REFUND             REFUND                                        19,412.60

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              62,343.65

PRIORITY                                        .00
SECURED                                   29,169.61
UNSECURED                                  8,432.60
    INTEREST                                 980.29
ADMINISTRATIVE                             2,009.20
TRUSTEE COMPENSATION                       2,339.35
DEBTOR REFUND                             19,412.60
                     --------------      --------------
TOTALS               62,343.65            62,343.65


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 63901 ERIC L PAYTON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```